**No. 11-5638. Winston Clarke, Petitioner v. United States.**

565 U.S. 917, 132 S. Ct. 335, 181 L. Ed. 2d 209, 2011 U.S. LEXIS 5997.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 421 Fed. Appx. 68.